# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 28, 2025

### NO. 03-23-00513-CV

**Robert Blankenship and Chris Mashburn, Appellants**

**v.**

**William Wolfenson, Appellee**

### APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
### REVERSED AND RENDERED IN PART -- OPINION BY JUSTICE KELLY

This is an appeal from the final judgment signed by the trial court on May 26, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the portions of the judgment holding appellants liable. Therefore, the Court reverses the trial court's final judgment and renders judgment that appellee take nothing against appellants. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.